IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRX HEALTH SYSTEMS, P.C.,

    Defendant.                                      Case No. 06-cr-30098-2-DRH

**ORDER**

**HERNDON, District Judge:**

        This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea hearing for defendant TRX Health Systems, P.C. ("TRX"), pursuant to **28 U.S.C. § 636, SDIL Rule 72.1(b)(2)** and TRX's consent (Doc. 65). The change of plea hearing was held on June 26, 2007 (Doc. 67) pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, during which defendant TRX plead guilty to Count 3 of the Superseding Indictment (Doc. 28) following a thorough colloquy with Judge Proud. A Report and Recommendation ("R&R") (Doc. 71) was issued, recommending the Court accept TRX's pleas of guilty. In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed ten (10) days from the issuance of the R&R to file written objections thereto.

        Neither party filed timely objections. Therefore, the Court **ADOPTS** the R&R (Doc. 71) in its entirety. The Court hereby finds defendant TRX's plea of guilty

as to Count 3 of the Superseding Indictment to have been knowing and voluntarily made and that the offense charged was supported by an independent factual basis containing each of the essential elements of such offense.  Accordingly, the Court **ACCEPTS** defendant TRX's guilty plea and **ADJUDGES** TRX **GUILTY** of **Count 3 of the Superseding Indictment** (Doc. 28).  The United States Probation Office is **DIRECTED** to prepare a presentence investigation report.  The sentencing hearing for defendant TRX remains scheduled for **November 16, 2007 at 9:30 a.m.**

    **IT IS SO ORDERED**.

    Signed this 16th day of July, 2007.

    /s/    David   RHerndon
**United States District Judge**